APPEAL No. 76-284. HARRY DUTSON *et al. v.* NATIONWIDE MUTUAL INSURANCE Co. Motion of defendant to dismiss the plaintiff's appeal denied without prejudice to raising the issue of the method of appeal in briefs and oral argument. Paolino, J. did not participate. *James J. McGair,* for plaintiffs. *John G. Carroll,* for defendant.

APPEAL No. 76-296. MARTHA CORREIA *d.b.a.* TONI MARINE SALES AND SERVICE *v.* JOHN H. NORBERG, *Tax Administrator.* Motion of defendant to dismiss the appeal granted. Paolino, J. did not participate. *Moore, Virgadamo, Boyle & Lynch, Ltd., Salvatore L. Virgadamo, Joseph R. Palumbo, Jr.,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for defendant.